**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1191
_____

JUSTIN FRANKLIN KIRK,

        Plaintiff - Appellant,

    v.

CONSTELLIS, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:21-cv-00146-CMH-JFA)

_____

Submitted:  March 16, 2023                          Decided:  March 20, 2023

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Charity C. Emeronye Swift, Stephen Christopher Swift, SWIFT & SWIFT, ATTORNEYS AT LAW, P.L.L.C., Alexandria, Virginia, for Appellant.  G. Bethany Ingle, Lauren M. Bridenbaugh, LITTLER MENDELSON, P.C., Tysons Corner, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Franklin Kirk appeals from the district court's orders denying his motion to amend his complaint and granting summary judgment in favor of Constellis, LLC, in Kirk's civil action. We have reviewed the record included on appeal as well as the parties' briefs and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kirk v. Constellis, LLC,* No. 1:21-cv-00146-CMH-JFA (E.D. Va. Dec. 3, 2021; Jan. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*